# FORM 1.997. CIVIL COVER SHEET

The civil cover sheet and the information contained in it neither replace nor supplement the filing and service of pleadings or other documents as required by law. This form must be filed by the plaintiff or petitioner for the use of the Clerk of Court for the purpose of reporting judicial workload data pursuant to section 25.075, Florida Statutes. (See instructions for completion.)

### I. CASE STYLE

IN THE CIRCUIT COURT OF THE <u>ELEVENTH</u> JUDICIAL CIRCUIT,
IN AND FOR <u>MIAMI-DADE</u> COUNTY, FLORIDA

Case No.: _____
Judge: _____

<u>GEORGE BENTLEY</u>
Plaintiff
           vs.
<u>MIAMI AIR INTERNATIONAL, INC.</u>
Defendant

### II. TYPE OF CASE

- ☐ Condominium
- ☐ Contracts and indebtedness
- ☐ Eminent domain
- ☐ Auto negligence
- ☐ Negligence – other
    - ☐ Business governance
    - ☐ Business torts
    - ☐ Environmental/Toxic tort
    - ☐ Third party indemnification
    - ☐ Construction defect
    - ☐ Mass tort
    - ☐ Negligent security
    - ☐ Nursing home negligence
    - ☐ Premises liability – commercial
    - ☐ Premises liability – residential
- ☐ Products liability
- ☐ Real Property/Mortgage foreclosure
    - ☐ Commercial foreclosure $0 - $50,000
    - ☐ Commercial foreclosure $50,001 - $249,999
    - ☐ Commercial foreclosure $250,000 or more
    - ☐ Homestead residential foreclosure $0 – 50,000
    - ☐ Homestead residential foreclosure $50,001 - $249,999
    - ☐ Homestead residential foreclosure $250,000 or more
    - ☐ Non-homestead residential foreclosure $0 - $50,000
    - ☐ Non-homestead residential foreclosure $50,001 - $249,999
- ☐ Non-homestead residential foreclosure $250,00 or more
- ☐ Other real property actions $0 - $50,000
- ☐ Other real property actions $50,001 - $249,999
- ☐ Other real property actions $250,000 or more

- ☐ Professional malpractice
    - ☐ Malpractice – business
    - ☐ Malpractice – medical
    - ☐ Malpractice – other professional
- ☒ Other
    - ☐ Antitrust/Trade Regulation
    - ☐ Business Transaction
    - ☐ Circuit Civil - Not Applicable
    - ☐ Constitutional challenge-statute or ordinance
    - ☐ Constitutional challenge-proposed amendment
    - ☐ Corporate Trusts
    - ☒ Discrimination-employment or other
    - ☐ Insurance claims
    - ☐ Intellectual property
    - ☐ Libel/Slander
    - ☐ Shareholder derivative action
    - ☐ Securities litigation
    - ☐ Trade secrets
    - ☐ Trust litigation

## COMPLEX BUSINESS COURT

This action is appropriate for assignment to Complex Business Court as delineated and mandated by the Administrative Order.  Yes ☐  No ☒

**III.** **REMEDIES SOUGHT** (check all that apply):
    ☒ Monetary;
    ☐ Non-monetary declaratory or injunctive relief;
    ☒ Punitive

**IV.** **NUMBER OF CAUSES OF ACTION: (    )**
(Specify)

1

**V.** **IS THIS CASE A CLASS ACTION LAWSUIT?**
    ☐ Yes
    ☒ No

**VI.** **HAS NOTICE OF ANY KNOWN RELATED CASE BEEN FILED?**
    ☒ No
    ☐ Yes – If "yes" list all related cases by name, case number and court:

**VII.** **IS JURY TRIAL DEMANDED IN COMPLAINT?**
    ☒ Yes
    ☐ No

---

I CERTIFY that the information I have provided in this cover sheet is accurate to the best of my knowledge and belief, and that I have read and will comply with the requirements of Florida Rule of Judicial Administration 2.425.

Signature  s/ Dana M Gallup Esq      FL Bar No.:  949329
         Attorney or party                                                                              (Bar number, if attorney)

    Dana M Gallup Esq      12/12/2018
       (Type or print name)                                                                                      Date

IN THE CIRCUIT COURT OF THE ELEVENTH JUDICIAL CIRCUIT IN AND FOR MIAMI-DADE COUNTY, FLORIDA

GEORGE BENTLEY

    Plaintiff,

v.

CASE NO.: 18-041273 CA (05)

MIAMI AIR INTERNATIONAL, INC.

    Defendant.
_____/

## SUMMONS

THE STATE OF FLORIDA:

To Each Sheriff of the State of Florida:

    **YOU ARE HEREBY COMMANDED** to serve this summons and a copy of the complaint or petition in this action on Defendant:

**MIAMI AIR INTERNATIONAL, INC.**
**c/o Juan T. O'Naghten, Registered Agent**
**2950 SW 27th Avenue, Suite 100**
**Miami, FL 33133**

    Each Defendant is required to serve written defenses to the complaint or petition on Plaintiff's attorney, to-wit:

Dana M. Gallup, Esq.
**Gallup Auerbach**
4000 Hollywood Boulevard,
Suite 265 South
Hollywood, Florida 33021
Tel: (954) 894-3035
E: dgallup@gallup-law.com

within 20 days after service of this summons on that defendant, exclusive of the day of service, and to file the original of the defenses with the clerk of this court either before service on plaintiff's attorney or immediately thereafter. If a defendant fails to do so, a default will be entered against that defendant for the relief demanded in the complaint or petition.

**DATED** on this _____ day of  12/17/2018  _____ 2018.

_____
As Clerk of the Court

By: _____Beaty_____309877__
As Deputy Clerk

Dana M. Gallup, Esq.
Florida Bar No.: 949329
**Gallup Auerbach**
4000 Hollywood Boulevard
Suite 265 South
Hollywood, Florida 33021
t: (954) 894-3035
e: dgallup@gallup-law.com

## IMPORTANTE

Usted ha sido demandado legalmente. Tiene 20 dias, contados a partir del recibo de esta notificacion, para contestar la demanda adjunta, por escrito, y presentarla ante este tribunal. Una llamada telefonica no lo protegera. Si usted desea que el tribunal considere su defensa, debe presentar su respuesta por escrito, incluyendo el numero del caso y los nombres de las partes interesadas. Si usted no contesta la demanda a tiempo, pudiese perder el caso y podria ser despojado de sus ingresos y propiedades, o privado de sus derechos, sin previo aviso del tribunal. Existen otros requisitos legales. Si lo desea, puede usted consultar a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a una de las oficinas de asistencia legal que aparecen en la guia telefonica.

Si desea responder a la demanda por su cuenta, al mismo tiempo en que presenta su respuesta ante el bribunal, debera usted enviar por correo o entregar una copia de su respuesta a la persona denominada abajo como "Plaintiff/Plaintiff's Attorney" (Demandante o Abogado del Demandante).

## IMPORTANT

Des poursuites judiciares ont ete entreprises contre vous. Vous avez 20 jours consecutifs a partir de la date de l'assignation de cette citation pour deposer une reponse ecrite a la plainte ci-jointe aupres de ce tribunal. Un simple coup de telephone est insuffisant pour vous proteger. Vous etes oblige de deposer votre reponse ecrite, avec mention du numero de dossier ci-dessus et du nom des parties nommees ici, si vous souhaitez que le tribunal entende votre cause. Si vous ne deposez pas votre reponse ecrite dans le relai requis, vous risquez de perdre la cause ainsi que votre salaire, votre argent, et vos biens peuvent etre saisis par la suite, sans aucun preavis ulterieur du tribunal. Il y a d'autres obligations juridiques et vous pouvez requerir les services immediats d'un avocat. Si vous ne connaissez pas d'avocat, vous pourriez telephoner a un service de reference d'avocats ou a un bureau d'assistance juridique (figurant a l'annuaire de telephones).

Si vous choisissez de deposer vous-meme une reponse ecrite, il vous faudra egalement, en meme temps que cette formalite, faire parvenir ou expedier une copie de votre reponse ecrite au "Plaintiff/Plaintiff's Attorney" (Plaignant ou a son avocat) nomme di-dessous.

|  | IN THE CIRCUIT COURT OF THE ELEVENTH JUDICIAL CIRCUIT IN AND FOR MIAMI-DADE COUNTY, FLORIDA |
|---|---|

GEORGE BENTLEY

      Plaintiff,                            CASE NO.:

v.

MIAMI AIR INTERNATIONAL, INC.

      Defendant.                     /

## COMPLAINT

Plaintiff, GEORGE BENTLEY ("Bentley"), by and through his undersigned attorneys, sues Defendant, MIAMI AIR INTERNATIONAL, INC. ("Miami Air"), and alleges as follows:

## INTRODUCTION

1. This is an action brought by Bentley against Miami Air under the Florida Civil Rights Act of 1992 ("FCRA") for retaliation.

## PARTIES, JURISDICTION AND VENUE

2. Bentley is an individual over the age of eighteen (18) and a former employee of Miami Air, and is otherwise *sui juris*.

3. Miami Air is a Florida For-Profit Corporation, with its principal place of business in Miami-Dade County, Florida, and is otherwise *sui juris*.

4. Defendant was, at all times material, Bentley's "employer" within the meaning of the FCRA.

5. Defendant acted through its agents, servants and representative and/or employees at all times material hereto.

6. Venue properly lies in this circuit in that the Defendant maintains offices within this judicial circuit, and a substantial part of the events constituting retaliation have taken place within this judicial circuit.

7. Bentley has complied with the administrative prerequisites of the FCRA by timely filing a Charge of Discrimination based on retaliation with the U.S. Equal Employment Opportunity Commission ("EEOC"), and the Florida Commission on Human Relations ("FCRA") on December 12, 2017. A copy of the Plaintiff's Charge of Discrimination is attached hereto as **Exhibit "A."** More than 180 days have elapsed since the Plaintiff filed his Charge of Discrimination and the FCHR has not issues any determination regarding his Charge of Discrimination.

8. Bentley has fulfilled all conditions precedent and administrative prerequisites of both stat and federal law prior to filing his Complaint.

9. Bentley has retained the undersigned counsel and has agreed to pay a reasonable attorney's fees for representation in this litigation.

## GENERAL ALLEGATIONS

10. Bentley began working for Miami Air on or about July 30, 1990 at a pilot.

11. Bentley remained employed by Miami Air continuously through 2008, at which point Bentley suffered a heart condition that required him to take medical leave for approximately 23 months.

12. Upon his return in 2010, Bentley had to be requalified as a Captain because he had not completed any FAA training or tests during his medical absence.

13. After receiving limited training, it was decided by Miami Air not to reinstate Bentley as a Captain.

14. Miami Air has a policy by which first officers (co-pilots) are chosen for upgrade. Because Bentley was the most senior pilot at Miami Air during the relevant time period, whenever Miami Air chose to upgrade pilots from first officers to captains, the Pilot Review Board ("PRB"), which is the group responsible for selecting captains, was required to consider Bentley for upgrade before any other first officer.

2

15. Each time the PRB reviewed Bentley for upgrade to captain, he was passed over for a younger, less qualified first officer.

16. Bentley asserted that he should have been reinstated as a Captain, and the only reason he was not chosen was because of his age. Therefore, on January 28, 2016, Bentley filed a Charge of Discrimination ("Charge") with the EEOC and the FCHR claiming age discrimination.

17. On November 3, 2017, upon receiving a Notice of Right to Sue on the Charge, Bentley filed a lawsuit against Miami Air alleging age discrimination.

18. During the pendency of the lawsuit, Miami Air upgraded other first officers who were less qualified than Bentley and who had not engaged in protected conduct of filing a Charge or lawsuit during their employment.

19. Bentley asserts Miami Air retaliated against him by not selecting him for upgrade after he filed his Charge and pursued the previous lawsuit.

20. Additionally, when Bentley turned 65 and was forced to retire per FAA regulations, Miami Air did not continue to employ him to fly non-passenger flights such as repositioning or cargo-only flights. Many other Miami Air pilots who retired were given this opportunity.

21. Miami Air retaliated against Bentley and treated him differently than other pilots because he engaged in protected conduct of filing a Charge and lawsuit against Miami Air under the FCRA.

22. In other words, had Bentley not filed a Charge and a lawsuit against Miami Air, he would have been selected for Captain and would have remained a Miami Air employee after he turned 65 years old.

23. Bentley has satisfied all conditions precedent to bringing this action or these conditions have been waived or otherwise excused.

24.     Bentley has retained the undersigned attorney to represent him in this action and is obligated to pay a reasonable fee for his services.

## COUNT I
### Violation of the FCRA (Retaliation)

25.     This is an action for retaliation under the FCRA with damages in excess of Fifteen Thousand Dollars ($15,000.00)

26.     Plaintiff reasserts the general allegations as set forth above in paragraph 1-24 and incorporates the same herein by this reference.

27.     Miami Air violated the FCRA by not upgrading Bentley from first officer to Captain after he engaged in protected conduct of filing a Charge and pursing a civil action asserting claims under the FCRA.

28.     Miami Air also refused to continue employing Bentley after he turned 65 and was no longer able to fly commercial planes per FAA regulations. Had Bentley not pursued claims against Miami Air, he would have remained employed.

29.     As a result of Miami Air's violations of the FCRA, Bentley has been damaged.

WHEREFORE, Plaintiff, GEORGE BENTLEY, prats that this Court will:

a.  Order Defendant, MIAMI AIR INTERNATIONAL, INC. to remedy the retaliation of Plaintiff by:

   i.   Paying appropriate back pay;

   ii.  Paying prejudgment and post-judgment interest;

   iii. Paying front pay in lieu of reinstatement;

   iv.  Paying for lost benefits including medical insurance, pension and retirement plan;

   v.   Providing any other relief that is appropriate.

b.  Enter and order against Defendant for compensatory damages;

4

  c.  Enter and order against Defendant for punitive damages;

  d.  Grant Plaintiff costs and a reasonable award of attorney's fees pursuant to Section 760.11(5), Florida Statutes.

## DEMAND FOR JURY TRIAL

Plaintiff, GEORGE BENTLEY, hereby demands trial by jury on all claims triable by right of jury under state law.

Dated this 12th day of December 2018.

                Respectfully submitted,

                **GALLUP AUERBACH**
                *Counsel for Plaintiff*
                4000 Hollywood Boulevard
                Presidential Circle-Suite 265 South
                Hollywood, Florida 33021
                t: (954) 894-3035
                f: (954) 894-8015
                e: dgallup@gallup-law.com

              By: /s/ Dana M. Gallup
                 DANA M. GALLUP
                 Florida Bar No.: 0949329

# EXHIBIT "A"

| CHARGE OF DISCRIMINATION | Charge Presented to: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | ☐ FEPA  ☒ EEOC | 510-2018-01397 |

__Florida Commission on Human Relations__ and EEOC
*State or local Agency, if any*

| Name (Indicate Mr., Ms. or Mrs.) | Mobile Telephone No. (Incl. Area Code) | Date of Birth |
|---|---|---|
| Mr. George Bentley | (954) 483-7760 | |

| Street Address | City, State, and ZIP Code |
|---|---|
| c/o Dana M. Gallup, Esq., Gallup Auerbach 4000 Hollywood Blvd. Ste 265 S, Hollywood, FL 33021 | |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. *(If more than one, list below.)*

| Name | No. of Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| Miami Air International, Inc. | 15+ | (305) 876-3600 |

| Street Address | City, State and ZIP Code | County |
|---|---|---|
| 5000 NW 36th Street, Suite 307 | Miami, Florida | Miami-Dade |

DISCRIMINATION BASED ON (Check appropriate box(es).)
☐ RACE  ☐ COLOR  ☐ SEX  ☐ RELIGION  ☐ NATIONAL ORIGIN
☒ RETALIATION  ☐ AGE  ☐ DISABILITY  ☐ OTHER (Specify)

DATE DISCRIMINATION TOOK PLACE
Earliest: 12/15/2016   Latest: continuing
☒ CONTINUING ACTION

THE PARTICULARS ARE (If additional space is needed, attach extra sheet(s)):

1. I am a 65-year-old male who worked for Miami Air International, Inc. ("Miami Air") as a pilot since July 30, 1990. I was a captain for Miami Air from 1990 through 2008, and then, after a medical leave, I was a first officer from 2010 until 08/09/2017. On 1/29/16, I filed a Charge of Discrimination with the EEOC alleging age discrimination for failure to reinstate or upgrade me from first officer (co-pilot) to captain. On 11/03/2016, I filed a civil lawsuit for age discrimination. I continued to work for Miami Air as a first officer until August 9, 2017, which is when I turned 65 and, under FAA rules, could no longer fly passenger flights.

2. During the pendency of my lawsuit, Miami Air upgraded other first officers who were less qualified than me and who had not engaged in protected conduct of filing a Charge of Discrimination or lawsuit for age discrimination. Also, Miami Air continued to employ other pilots after they turned 65, having those pilots fly non-passenger flights such as repositioning or cargo-only flights, which makes up at least 20% of its business. However, Miami Air has not continued to employ me in any capacity, including to fly non-passenger flights. None of the other pilots over 65 who continue to fly for Miami Air have engaged in protected conduct of filing a Charge of Discrimination or lawsuit for discrimination.

3. I believe I have been subjected to retaliation in violation of the Age Discrimination in Employment Act and the Florida Civil Rights Act.

☒ I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or telephone number and cooperate fully with them in the processing of my charge in accordance with their procedures.

NOTARY – (When necessary for State and Local Requirements)

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge and belief.

I declare under penalty of perjury that the foregoing is true and correct.

Date: 12 DEC 2017    Charging Party Signature 

SIGNATURE OF COMPLAINANT

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (Month, day and year) 12-12-2017 

Received DEC 15 2017 EEOC Miami District Office

MARIA C. ESCOBAR
Commission # GG 160225
Expires December 7, 2021
Bonded Thru Budget Notary Services